UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KARL SMITH,**

        **Plaintiff,**

**v.**                                          **Case No: 6:17-cv-1372-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial review of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claims for Disability Insurance Benefits under 42 U.S.C. § 405(g). United States Magistrate Judge Daniel C. Irick filed a Report and Recommendation (Doc. 16), in which he recommends that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and then close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



Copies furnished to:

Counsel of Record